WO

```
                    FILED ✓      LODGED ___
                    RECEIVED ___ COPY ___

                         MAR 24 2014

                    CLERK U S DISTRICT COURT
                       DISTRICT OF ARIZONA
                    BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | CR06-01008-001-PCT-SMM |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Monty Derrick Watchman, | ) | |
| Defendant. | ) | |

    The defendant appeared in court with counsel. The defendant's probable cause hearing and detention hearing waived held by defendant through defense counsel. The Court finds probable cause to believe the defendant violated the terms of his supervised release as alleged in the petition.

    IT IS ORDERED that the defendant is detained as flight risk and danger, pending further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show he is not a flight risk or a danger.

    DATED this 24th day of March, 2014.

                                                 /s/ John A. Butrick
                                          JOHN A. BUTRICK
                                        United States Magistrate Judge